UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:18-cr-10 |
| v. | ) | |
| | ) | Dist. Judge Travis R. McDonough |
| KELLY RAE EDWARDS | ) | |
| | ) | Mag. Judge Christopher H. Steger |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 34], recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Superseding Information; (2) adjudicate Defendant guilty of knowingly possessing a firearm which had been shipped in interstate commerce, while having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j); and (3) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 34] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Superseding Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of knowingly possessing a firearm which had been shipped in interstate commerce, while having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j);

3. Defendant's sentencing hearing shall take place on **October 30, 2020, at 9:00 a.m.** before the undersigned United States District Judge; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**